UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

    v.
                          Case No. 12-cr-007-04-SM

Joseph Hasan,
    Defendant

## O R D E R

Defendant Hasan's assented-to motion to continue the final pretrial conference and trial is granted (document no. 50). Trial has been rescheduled for the month of September 2012. Defendant Hasan shall file a waiver of speedy trial rights not later than August 20, 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A) and (B), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

A Change of Plea Hearing or if necessary, a Final Pretrial Conference, is rescheduled for September 11, 2012 at 9:30 a.m.

Jury selection will take place on September 18, 2012 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
U.S. District Judge

August 10, 2012

cc: Andrew Kennedy, Esq.
Seth Aframe, AUSA
U.S. Marshal
U.S. Probation